No. 11A939. GIANNONE v. UNITED STATES. Application for certificate of appealability, addressed to JUSTICE GINSBURG and referred to the Court, denied. JUSTICE KAGAN took no part in the consideration or decision of this application.

No. 11M109. MR. S. v. UNITED STATES; and
No. 11M111. UNDER SEAL v. UNITED STATES. Motions for leave to file petitions for writs of certiorari under seal with redacted copies for the public record granted.

No. 11M110. OATES v. HEDGPETH, WARDEN. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 11–7159. GRAVES v. INDUSTRIAL POWER GENERATING CORP., DBA INGENCO. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [565 U. S. 1109] denied.

No. 11–8707. TATE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 902] denied.

No. 11–8799. WOOLRIDGE v. BITER, ACTING WARDEN. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 917] denied.

No. 11–8802. AKAOMA v. SUPERSHUTTLE INTERNATIONAL CORP. ET AL. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 935] denied.

No. 11–9161. IN RE RICHARDS. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [*ante*, p. 920] denied.

No. 11–9394. SCARBOROUGH v. CHASE HOME FINANCE, LLC. Super. Ct. Pa.; and
No. 11–9395. CLEAVER-BASCOMBE v. KARTANO. Ct. App. D. C. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until June 11, 2012, within which to pay the docketing fees required by Rule 38(a) and to